FILED
2023 Dec-19  AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **4:23-cv-01200-CLM** |
| | ) | |
| **TCI OF ALABAMA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 7.1, Defendant TCI of Alabama, LLC ("TCI"), submits its Corporate Disclosure Statement.  TCI certifies it does not have any parent, subsidiary or affiliate companies that are publicly held or that own more than ten percent (10%) of TCI's stock.

DATED:  December 19, 2023.

Respectfully submitted,

By: _/s **Taffi S. Stewart**_____
     Taffi S. Stewart, Esq. (asb-0450-m72t)
     M. Luke Bendall, Esq. (asb-2661-y00k)
     *Attorneys for Defendant TCI of Alabama,*
     *LLC*

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Phone:  (205) 967-8822
Fax:  (205) 967-2380
tstewart@lgwmlaw.com
lbendall@lgwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2023, a true and correct copy of the foregoing has been furnished either through the Court's electronic filing or by U.S. Mail, postage prepaid, upon the following parties and other relevant individuals:

Marsha Rucker, Esq.
Bryan A. Grayson, Esq.
Gerald L. Miller, Esq.
Gina Pearson, Esq.
Carl M. Chang, Esq.
Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
marsha.rucker@eeoc.gov
bryan.grayson@eeoc.gov
gerald.miller@eeoc.gov
gina.pearson@eeoc.gov
carl.chang@eeoc.gov
*Attorneys for Plaintiff*

/s  ***Taffi S. Stewart***
OF COUNSEL
